IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ANDREW M. MILLER,** | ) | |
| | ) | **8:04CV500** |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **KELLOGG USA, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion for leave to withdraw of Dana E. Washington and the firm of Wickman & Washington PC LLO. (Filing No. 24) as counsel for the defendant. Previously, the court ordered the entry of appearance of substitute counsel before granting the motion. **See** Filing No. 25. Kelley E. Stoppels has entered an appearance as counsel for the defendant (Filing No. 27). The Court finds the movant has shown good cause for withdrawal as required under NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The motion for leave to withdraw of Dana E. Washington and the firm of Wickman & Washington PC LLO (Filing No. 24) as counsel for the defendant is granted.

2. The Clerk of Court shall stop all electronic notices to Dana E. Washington and the firm of Wickman & Washington PC LLO regarding this case.

DATED this 20th day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge